IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF Kansas

Dana ARDAY #17517045
Chris MYERS 11921030
(Full Name)                    (Register No.)
Monty AKERS #~~[redacted]~~
Larry Rucker #11049031
Larry Rucker 1104903/
Donald Estelle-
Shakir Shakur -
                Plaintiffs,
v.

Fredrick Lawrence
(Full Name)
Issiac Johnson
            et al
                Defendant(s).

FILED
APR 25 2005
RALPH L. DeLOACH, Clerk
By _____ Deputy

No. 05 3185 GTV

Motion for Class Certification

## CIVIL COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): CCA-LVDC.

II. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

A. Plaintiff: ~~all plaintiff~~    Register No. 11921030
   Address: CCA/LVDC - 100 High Way Terrace
            Leavenworth KS

B. Defendant Fredrick Lawrence
   is employed as Warden
   at CCA

2/97

3\. Defendant __ISSIAC Johnson__
(full name of third defendant) _____ resides or works at
__CCA / LDC__
(full address of third defendant) _____, and is employed as
__Security Chief__
(defendant's position and title, if any)

The defendant is sued in his/her: ☑ individual ☑ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__Conspired on /and violated Plaintiff's Rights__

4\. Defendant __Sondra Elliott__
(full name of fourth defendant) _____ resides or works at
__CCA / LDC__
(full address of fourth defendant) _____, and is employed as
__Mail / Communications Clerk__
(defendant's position and title, if any)

The defendant is sued in his/her: ☑ individual ☑ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__See # 2 above__

5\. Defendant __Shields__
(full name of fifth defendant) _____ resides or works at
__CCA / LDC__
(full address of fifth defendant) _____, and is employed as
__Mail / Communications Clerk__
(defendant's position and title, if any)

The defendant is sued in his/her: ☑ individual ☑ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__See # 2 Above__

Page 4 of 6

V-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

3) Defendant __Rhonda Allen (H)__ resides or works at
(full name of third defendant)

__CCA/LDC__, and is employed as
(full address of third defendant)

__DHO/Grievance Officer__.
(defendant's position and title, if any)

The defendant is sued in his/her: ■ individual  ■ official capacity.  (Check one or both.)
Explain how this defendant was acting under color of law:

__See #2__

4) Defendant __Lt Sullivan__ resides or works at
(full name of fourth defendant)

__CCA/LDC__, and is employed as
(full address of fourth defendant)

__Shift H/Grievance Officer__.
(defendant's position and title, if any)

The defendant is sued in his/her: ■ individual  ■ official capacity.  (Check one or both.)
Explain how this defendant was acting under color of law:

__See #2__

) Defendant __Brian Hill__ resides or works at
(full name of fifth defendant)

__CCA/LDC__, and is employed as
(full address of fifth defendant)

__Captian__.
(defendant's position and title, if any)

The defendant is sued in his/her: ■ individual  ■ official capacity.  (Check one or both.)
Explain how this defendant was acting under color of law:

__See #2__

-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

**3.** Defendant ___J__ Casket___ resides or works at
(full name of third defendant)

___CCA / LVC___ , and is employed as
(full address of third defendant)

___Caption___
(defendant's position and title, if any)

The defendant is sued in his/her:  ☑ individual   ☑ official capacity.  (Check one or both.)
Explain how this defendant was acting under color of law:

___See #2___

---

**4.** Defendant ___Michael Row___ resides or works at
(full name of fourth defendant)

___CCA Attorney / LVC___ , and is employed as
(full address of fourth defendant)

___Attorney___
(defendant's position and title, if any)

The defendant is sued in his/her:  ☑ individual   ☑ official capacity.  (Check one or both.)
Explain how this defendant was acting under color of law:

___See #2___

---

**5.** Defendant ___Martha Crow___ resides or works at
(full name of fifth defendant)

___CCA / LVC___ , and is employed as
(full address of fifth defendant)

___Attorney___
(defendant's position and title, if any)

The defendant is sued in his/her:  ☑ individual   ☑ official capacity.  (Check one or both.)
Explain how this defendant was acting under color of law:

___See #2___

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

3) Defendant __Cynthia Collins__ resides or works at
(full name of third defendant)
__CCA/LDC__, and is employed as
(full address of third defendant)
__Programs Coordinator__.
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☒ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__See #2__

4) Defendant __Reed__ resides or works at
(full name of fourth defendant)
__CCA/LDC__, and is employed as
(full address of fourth defendant)
__Policy Compliance Officer__.
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☐ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__See #2__

5) Defendant __Cheif U.S Marshsel for MO.__ resides or works at
(full name of fifth defendant)
__U.S. Marshalls Service__, and is employed as
(full address of fifth defendant)
__Chief__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☒ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__See #2__

Page 4 of 6

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

3) Defendant **John/Jone/Doe** resides or works at
(full name of third defendant)
**CCA / LNC**
(full address of third defendant), and is employed as
**Divisional manager**
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☒ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
**See #2**

4) Defendant **John Doe** resides or works at
(full name of fourth defendant)
**CCA**
(full address of fourth defendant), and is employed as
**President**
(defendant's position and title, if any)

*[handwritten margin note: Plaintiff ARBGT signed Ware by mistake]*

The defendant is sued in his/her: ☒ individual ☒ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
**See #2**

5) Defendant **John Doe** resides or works at
(full name of fifth defendant)
**CCA**
(full address of fifth defendant), and is employed as
**President**
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☒ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
**See #2**

For additional plaintiffs or defendants, provide above information in same format on a separate page.

At the time the claim(s) arose, was this defendant acting in his official capacity as an employee of the United States?   Yes X   No ___
Explain They ARE under contract with U.S. Marshalls service.

III. Do your claims involve medical treatment?   Yes X   No ___
IV. Do you request a jury trial?   Yes X   No ___
V. Do you request money damages?   Yes X   No ___
State the amount claimed.   $ 55,999,999,999.99 (actual/punitive)
VI. Are the wrongs alleged in your complaint continuing to occur?   Yes X   No ___
VII. Grievance procedures:
   A. Does your institution have an administrative or grievance procedure?   Yes X   No ___
   B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes X   No ___
   C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
   Plaintiff Myars Has submitted grievances to Lt Atken and to Lt Sullivon and they Refuse to Respond or answer them

   D. If you have not filed a grievance, state the reasons.

VIII. Previous cases:
   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ___   No ___
   B. Have you begun other cases in state or federal courts for any other reason except to obtain habeas corpus relief?   Yes X   No ___
   C. If your answer is "yes," to either of the above questions, provide the following information for each case.

2/97

2

Cases 05-3154, 05-3156, 05-3157, 05-3164
05-3176, 05-3177 (all GTV at the end)

(1) Style: _____
    (Plaintiff)    (v.)    (Defendant)
(2) Date filed: The cases filed in June
(3) Court where filed: Judge Longstaff said I
(4) Case number and citation: need to file them in
(5) Basic claim made: Kansas

(6) Date of disposition: _____
(7) Disposition: _____
    [(pending) (on appeal) (resolved)]
(8) If resolved, state whether for: _____

    [(plaintiff) or (defendant)]
    For additional cases, provide the above information in the same format on a separate page.
IX. Statement of claim:
  A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

1/ Elliott is causing unreasonable delays in the Plaintiff's mail in violation of 18 U.S.C. § 1701, 1702, 1703

2/ That Plaintiff Amoy was denied visits with his mom for 3 months as a punishment because she was trying to find out where her son was at who was in the hospital.

3/ That Plaintiffs are being kept in L-Pod as a retaliation for a litigation they have filed

4/ That the food served by CCA is inadequate and does not meet daily nutritional standards

5/ That Dr. Reifschnieder ordered glasses for Plaintiff Amoy, who cannot see with out them and is legally blind and Defendants are refusing Plaintiff Amoy glasses he needs to be able to see. Amoy has headaches and pains from trying to read w/o glasses

## Statement of Claims

10/ That plaintiff's are Being served meals on Dirty food trays that has crued one case food from week old meals on the food trays.

This places plaintiff's Health and safty at Risk.

11/ Plaintiff's are Being served food that is not cooked adequately and is either entirely or Half Raw, such as meats, Patatoes and other foods.

We have filed grievances and told CCA staff passing out meals about it and to no uvail.

Kitchen workers and staff still serve Raw on incedequately cooked foods.

This is onsonitary and Places the plaintiff's Health in Donger.

12/ That plaintiff's meals are served in stackable trays This is onsonitary as it allows flyes and other incects to Land in the food and contaminate the food.

This Places plaintiff's Health in Danger of deseases and germs & Bacteria.

## Statement of Claim

6/ That Plaintiff ARDRY was seen by cardiologist Dr. Meda who ordered 3 other tests for Plaintiff ARDRY

The Defendants are Refusing to Allow Plaintiff ARDRY to have these medical tests done that the DR. has ordered

MR. ARDRY has a history of heart problems

7/ That Plaintiff's have been housed in a cold environment all winter at CCA And Defendants have denied the Plaintiff's means of keeping or adequately staying warm.

8/ That Plaintiff's are being housed in cells that do not have adequate working water, Plaintiff's cells have no hot water and some cells don't even have working cold water.

9/ That Plaintiff's have been housed in cells that have fungus growing on the window seals, and black mold growing on walls and where water comes through the concrete and runs down the wall and all over the floor's

## Statement of Claims

13/ That CCA officials house plaintiff in cells with extremely bright lights on 24 hrs a day that deprives them of sleep which is a form of torture.

14/ That Plaintiff's are Denied access to cleaning supplies on a Regular Basis to clean and sanitize there cells.

15/ That Plaintiff's are Denied adequate fitting clothing to wear and are given clothing thats to small or to big.

16/ That Plaintiff's are not give access to adequate Hygene supplies

a) Plaintiff's are given showers that cut there face and are a Danger to use without shaving cream

B) Plaintiff's are Denied shaving cream Because of there Indigency.

c) Plaintiff's are Denied access to combs Due to there Indigency

Statement of Claims

16/ continued

p) That Plaintiffs are Denied access to Deoderant Due to there Indigency

17/ That Plaintiffs Have Been written Disciplinary Reports and Been Denied there Right to Call witness or obtain Statements from witness in violation of Wolff vs. McDonnald ___ U.S ___

18/ That Plaintiffs are Denied there Rights under CCA's written Policies and are subjected to verball and physical abuse and Harrassment

19/ That Plaintiffs are Denied access to Sonlight During exercise out Doors

20/ That Plaintiffs are Denied access to adequate Research materials for both there civil and criminal cases in violation of Bounds vs. Smith 430 U.S 817.

21/ That Plaintiffs are Denied adequate assistance by a Person Trained in the law

## Statement of Claims

25/ That plaintiffs are Housed in cells That The air vents are Blowing out Dust and Remains of Rat/mouse nests and woodlice That are causing plaintiff's eyes to Hurt and Breathing problems That Defendents Do not clean.

26/ That CCA Defendents Are Refusing to Allow plaintiffs Access To a photo copy machine to comply with Rule 5.1(g) of This court, and are preventing plaintiffs from Being able to serve the other plaintiffs or Defendents or Defendents attorneys with a copy of pleadings or motions They choose To file with the Court To obstruct Justice

a) That plaintiff myers Has shown Defendents This courts notice where he is to serve all parties a copy of any thing He files under Rule 5.1 (g)

B) That CCA Refuses to Allow plaintiff myers who is a Indigent Detainee to Be able to Have copies made to comply with this courts Rules

C) CCA Defendents Refuse To Provide Plaintiff myers with a envuclopes to prevent Him from

Statement of Claims

26/ continued
(c) continued
Being able to mail said Documents to serve all parties as Required by Rule 5.1 (g)

22/ That Plaintiff's are Denied meaningful access to the Courts by being Denied adequate access to paper, pens, envelopes and Research materials

23/ That plaintiff's are Denied access to a meaningful or adequate Grievance system and

24/ CCA officials Refuse to comply with there own policys

B. State briefly your legal theory or cite appropriate authority:

That Plaintiff's are Pretrial Detainees and have not lost the Constitutional Rights
That in Ruth vs Board of Regents ___ U.S. ___ the U.S supreme court Held that failure of prison officials to obey there own policies is unconstitutional see Johnsen et vs. Schoemehl 878 F.2d 1043

C. Jurisdiction - If you wish to assert jurisdiction under additional statutes, you must list them and explain their significance.

These acts happened in Leavenworth Ks. Also Defendents are under contract of U.S Marshalls which makes them federal Agents

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

1/ That Plaintiff be awarded money Damages
2/ That this court Issue Injunctive & Declotory Relief
3/ That this court tax Defendent's court costs & Attorney fees
4/ That CCA comply with State & Federal Laws & own Policy
5/ Any other Relief the law allows

XI. Counsel:
A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes ___  No X
If so, state the name(s) and address(es) of each lawyer contacted.

If not, state your reasons.  Being Denied to lawyers Directory.

C. Have you previously had a lawyer representing you in a civil action in this court?

2/97                                      4

Yes ___   No ___

If so, state the lawyer's name and address:

_____

_____

I declare under penalty of perjury that the foregoing is true and correct. Executed (signed) this 10 day of APRIl, 2003

X _____

_____

_____

(Signature(s) of Plaintiff(s))

Chris Myers 11921-030

X - Larry Rucker 11049031-CCA-L-207

X - 

X - 

X - 

X - 

X - 

X - 

2/97                              5